**FILED**

09/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0413

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0413

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

ROBERT MURRAY GIBBONS,

      Defendant and Appellant.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Matthew J. Cuffe, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 20 2023